**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:26-cr-00004 |
| | : | |
| Plaintiff, | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| COLBY SMITH, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER APPOINTING CJA TRAINING PANEL ATTORNEY**

Pursuant to the Criminal Justice Act (CJA) Training Panel Program, Christopher Allen Smith, Esq. is hereby appointed as a Training Panel attorney in this case. The Training Panel Attorney will serve in a second chair capacity and assist the CJA Lead Attorney who has been previously appointed in this case.

**IT IS SO ORDERED**.

May 18, 2026

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge